■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES EDWARDS, Appellant. [732 NYS2d 185] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 2, 1990 (People v Edwards, 160 AD2d 720), affirming a judgment of the County Court, Nassau County (Santagata, J.), rendered December 7, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Bracken, P. J., Altman, S. Miller and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY FRANCESEHI, Appellant. [733 NYS2d 193] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered October 20, 1999, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Additionally, the resolution of issues of credibility, as well as the weight to be accorded to the evidence pre-